UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| ELLISON ROBERT BURNS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV410-171 |
| | ) | |
| INTERNATIONAL LONGSHOREMAN ASSOCIATION, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Except for a differently named defendant, this is the same lawsuit warranting the same result just reached in a Report and Recommendation issued this day in plaintiff Ellison Robert Burns, Sr.'s companion lawsuit, *Burns v. Savannah Maritime Assoc.*, No. CV410-069 -- *i.e.*, the Court should **GRANT** his motion for leave to file this case *in forma pauperis*, doc. 1, **DENY** his motion for appointment of counsel, doc. 1, **DISMISS** this case **WITH PREJUDICE**, and reiterate the

Court's Fed. R. Civ. P. 11 warning against filing future such cases.

**SO REPORTED AND RECOMMENDED** this  23rd  day of August, 2010.

　　　　　　　　　　　　　　　_/s/ signature_
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　SOUTHERN DISTRICT of GEORGIA