IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELLISON ROBERT BURNS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 410-171 |
| ) | |
| INTERNATIONAL ) | |
| LONGSHOREMAN ASSOC., INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's case is hereby DISMISSED, with prejudice. The Clerk of Court is authorized and directed to enter the appropriate Judgment of Dismissal.

SO ORDERED this _____ day of January, 2011.

B. Avant Edenfield, Judge
United States District Court
Southern District of Georgia